**Order entered April 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00292-CR

**PERRY LEWIS SMART, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-12-56097-P**

## ORDER

Before the Court is the State's April 2, 2014 motion to accept brief tendered. We **GRANT** the motion. We **ORDER** the State's brief received April 2, 2014, filed as of the date of this order.

/s/ JIM MOSELEY
PRESIDING JUSTICE